UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

‑‑‑‑‑

MICHAEL ANTHONY JOE,

                    Plaintiff,                    Case No. 1:15-cv-763

v.                                            Honorable Paul L. Maloney

IONIA COUNTY JAIL,

                    Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE  as frivolous pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated: August 7, 2015            /s/ Paul L. Maloney
                                   Paul L. Maloney
                                   United States District Judge